UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| CARLA HEATH,<br><br>    Plaintiff,<br><br>    vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant. | Civil No. C11-5187-MAT<br><br>ORDER FOR EXTENSION OF TIME<br>TO FILE AN ANSWER |

Based on Defendant's Motion, and that Plaintiff has no opposition, it is hereby

ORDERED that the Answer Due Date shall be amended as follows:

Defendant shall have up to and including July 5, 2011, to file Defendant's Answer.

DATED this <u>8th</u> day of June, 2011.

*[signature]*

Mary Alice Theiler
United States Magistrate Judge

Page 1    ORDER - [C11-5187-MAT]

Presented by:

/s/ Mathew W. Pile
MATHEW W. PILE
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/221A
Seattle, WA  98104-7075
Telephone:  (206) 615-3760
Fax:  (206) 615-2531
mathew.w.pile@ssa.gov