UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| CARLA HEATH, | ) | CASE NO. C11-5187-MAT |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER GRANTING LIMITED |
| | ) | EXTENSION OF TIME OF |
| MICHAEL J. ASTRUE, | ) | REMAINING BRIEFING SCHEDULE |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff filed the parties' first stipulation for extension of time (Dkt. 18), requesting a 56-day extension of the due date in which to file his responsive brief. Having considered the stipulation, and the entire docket in the case, the Court hereby GRANTS an extension of the briefing schedule, but declines to use the dates requested by the parties. A 56-day extension would adversely affect the Court's ability to decide the case in a timely manner. The Court therefore grants a 30-day extension, with the new deadlines as follows:

      Plaintiff's Opening Brief:      August 19, 2011

      Defendant's Responsive Brief:      September 16, 2011

      Plaintiff's optional Reply Brief:      September 30, 2011

01       The parties should note that any extension request after this one would impact the ability
02 of defendant to request an extension when the responsive brief is due, and should plan
03 accordingly.

04       DATED this 21st day of July, 2011.

                                                    Mary Alice Theiler
                                                    United States Magistrate Judge

ORDER GRANTING LIMITED EXTENSION OF
TIME OF REMAINING BRIEFING SCHEDULE
PAGE -2